UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL JAMES LONGS BEY,

    Plaintiff,

v.                             Case No.:  8:25-cv-02359-JLB-SPF

DEPUTY MARK R. BUSWELL, et al.,

    Defendant.

_____/

## **ORDER**

On September 3, 2025, Plaintiff Michael James Longs Bey, proceeding *pro se* and not as a prisoner, filed a complaint *without* accompanying the required filing fee or providing any documentation permitting him to proceed without prepayment of costs.  (Doc. 1).  On September 23, 2025, the Court cautioned Plaintiff that failure to move to proceed without payment or pay the filing fee will result in dismissal of this case.  (Doc. 8).  Plaintiff failed to do so.

Accordingly, the Court dismisses the complaint without prejudice.  *See Myers v. City of Naples, Fla.*, No. 23-13073, 2024 WL 4691100, at *2 (11th Cir. Nov. 6, 2024) (affirming the dismissal of an unrepresented, non-prisoner litigant's complaint for failure to pay the filing fee or move in forma pauperis contemporaneously); 28 U.S.C. § 1915 (allowing a litigant to commence a civil action without prepayment of the filing fee if the litigant submits an affidavit showing the litigant is unable to pay); *id.* § 1914(c) ("Each district court by rule or standing order may require advance payment of fees."); M.D. Fla. Loc. R. 1.05(c) ("The clerk must accept an initial paper from a

person *in custody* even if no filing fee or motion for leave to proceed in forma pauperis accompanies the paper.") (emphasis added).

If Plaintiff wants to proceed with his claims, he may file another complaint under a separate case number that is accompanied by the required filing fee or a signed long-form application to proceed without prepaying fees or costs (available at www.uscourts.gov/sites/default/files/ao239_1.pdf).

Accordingly, it is now

**ORDERED:**

1. The Complaint (Doc. 1) is **DISMISSED without prejudice.**

2. The Clerk is **DIRECTED** to deny any pending motions as moot, terminate any deadlines, and close the case.

**DONE** and **ORDERED** in Tampa, Florida on January 29, 2026.

_____

**JOHN L. BADALAMENTI**
UNITED STATES DISTRICT JUDGE